**Order entered November 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01380-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**KIMBERLY PINKERTON, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MC-12-R0027-D**

## ORDER

The State's October 27, 2014 motion to extend the time to file its notice of appeal is **GRANTED**. The State's notice of appeal filed with the Clerk of this Court on October 27, 2014 is **DEEMED** timely filed for jurisdictional purposes on October 27, 2014.

The Clerk of the Court is **DIRECTED** to transmit a copy of the notice of appeal to the trial court clerk. *See* TEX. R. APP. P. 25.2(c)(1).

/s/    LANA MYERS
        JUSTICE